IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TORRIA KAE GONZALEZ,<br><br>    Defendant. | 4:11CR3137<br><br>**MEMORANDUM AND ORDER** |

  Defendant has orally moved to continue defendant's change of plea hearing. (Filing No. 32). As explained on the phone, counsel needs additional time to discuss the proposed plea agreement with his client. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 32), is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on August 13, 2012 at 11:00 a.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and August 13, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

  August 3, 2012.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge