IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3137 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| TORRIA KAE GONZALEZ, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After careful review,

IT IS ORDERED that: The Federal Public Defender's Motion to Withdraw as Attorney (filing no. 62) is granted.

Dated July 15, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge