# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3137 |
| v. | ) | |
| TORRIA KAE GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

A supervisory probation officer has advised (filing no. 68) that the defendant does not qualify for a reduction in sentence under the First Step Act because the retroactive portion of it relates to cocaine base and not methamphetamine. The defendant was exclusively involved with methamphetamine. I have consulted with counsel for both parties. Neither wishes to respond. Therefore,

IT IS ORDERED that the motion to reduce sentence under the First Step Act (filing no. 66) is denied. The Clerk shall mail a copy to the defendant.

DATED this 17th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge