IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11CR3137 |
| vs. | |
| TORRIA KAE GONZALEZ, | ORDER |
| Defendant. | |

After careful consideration,

IT IS ORDERED that the defendant's motion for reconsideration for compassionate release (Filing 83) and addendum (Filing 84) are denied.

Dated this 18th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge