IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CR-3137 |
| vs. | |
| TORRIA KAE GONZALEZ, | ORDER |
| Defendant. | |

The defendant has filed what the Court understands to be a *pro se* motion seeking relief under U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825 with an effective date of February 1, 2024. Filing 86. Pursuant to Gen. Order 2023-09, the Office of the Federal Public Defender for the District of Nebraska is being appointed to determine whether the defendant is entitled to relief under those provisions, and to file any appropriate motion for relief. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court shall enter Gen. Order 2023-09 in this case.

2. The defendant's *pro se* motion (filing 86) will be held in abeyance pending action by the Federal Public Defender.

3. The Clerk of the Court shall also give notice of this order to the United States Attorney, the Federal Public Defender,

and to the Supervisory United States Probation Officer who handles presentence reports.

4. If upon his review the Federal Public Defender should conclude that the defendant's motion is frivolous or should not move forward, the Federal Public Defender shall move to withdraw as counsel.

Dated this 20th day of February, 2023.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge