IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CR-3137 |
| vs. | ORDER |
| TORRIA KAE GONZALEZ, | |
| Defendant. | |

The defendant has filed a second motion to reduce her sentence pursuant to U.S.S.G. Amend. 821. Filing 93. However, the probation office, the federal public defender, and the Court have already found that the defendant is not eligible for a sentence reduction. Filing 90; filing 91; filing 92.

Specifically, the defendant is not a "zero point" offender, and reducing her criminal history "status points" wouldn't affect her guidelines sentencing range because she would still be criminal history category VI regardless—both because she would still have more than 13 criminal history points, and because she was sentenced as a career offender. *See* filing 49 at 13-14. Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 93) is denied.

Dated this 15th day of July, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge